# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY M. KILGORE, | CV F  07-00872 OWW DLB HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE NUNC PRO TUNC |
| v. | |
| DEBORAH PATRICK, | [Doc. 15] |
| Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 6, 2007, the Court issued an order directing Respondent to file a response to the petition. (Court Doc. 12.)  An answer to the petition was due on or before October 4, 2007.  (Id.) On October 4, 2007, Respondent filed a motion for an extension of time to file the answer. (Court Doc. 15.)  Inasmuch as Respondent filed an answer to the petition on November 2, 2007, and good cause having been demonstrated, Respondent's motion for an extension of time is granted nunc pro tunc to November 2, 2007.

IT IS SO ORDERED.

Dated:    **December 5, 2007**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1