# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY M. KILGORE,<br><br>           Petitioner,<br><br>     v.<br><br>DEBORAH PATRICK,<br><br>           Respondent.<br>_____ / | CV F   07-00872 OWW DLB HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[Doc. 18] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     Now pending before the Court is Petitioner's motion for an extension of time to file a traverse.  (Court Doc. 18.)  GOOD CAUSE having been demonstrated, Petitioner's motion is granted, and the traverse shall be filed within thirty (30) days from the date of service of this order.


   IT IS SO ORDERED.

  Dated:   **December 5, 2007**                              **/s/ Dennis L. Beck**
                                                                                       UNITED STATES MAGISTRATE JUDGE

1