IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY M. KILGORE,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DEBORAH PATRICK,<br><br>　　　　Respondent.<br>_____/ | 1:07-cv-00872-OWW-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #24)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 21, 2008, petitioner filed a motion to extend time to file Objections to the Findings and Recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file Objections to the Findings and Recommendation.

IT IS SO ORDERED.

Dated:   **August 25, 2008**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE