1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MOLLY M. KILGORE,                        CV F   07-00872 OWW DLB HC

10                    Petitioner,            ORDER DENYING PETITIONER'S MOTIONS
                                             FOR COPY OF TRANSCRIPTS AND STATE
11        v.                                 COURT RECORDS

12                                           [Docs. 36, 38]
     DEBORAH PATRICK,
13
                      Respondent.
14
     _____/
15

16        On October 21, 2008, the instant petition for writ of habeas corpus filed pursuant to 28

17   U.S.C. § 2254 was denied on the merits and judgment was entered in favor of Respondent.

18   (Court Docs. 30, 31.)  On November 17, 2008, Petitioner filed a notice of appeal.  (Court Doc.

19   32.)  The case is now pending at the United States Court of Appeals for the Ninth Circuit, case

20   number 08-17546.  (Court Docs. 35, 37.)

21        On December 8, 2008, Petitioner filed a motion for transcripts and excerpts of the record.

22   (Court Docs. 36, 38.)  Petitioner is advised that the Clerk of Court has forwarded all necessary

23   documents for processing to the Ninth Circuit and upon request any additional court records will

24   likewise be forwarded.  Accordingly, Petitioner's motion for transcripts and excerpts of record

25   are DENIED.

26   IT IS SO ORDERED.

27   **Dated:   February 9, 2009**          _____ **/s/ Oliver W. Wanger** _____
                                            UNITED STATES DISTRICT JUDGE
28

1